DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SERGIO VICTOR GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-00047 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING ; |
| v. | ) | ORDER |
| | ) | |
| SERGIO VICTOR GARCIA, | ) | Date:   June 3, 2011 |
| | ) | Time:  9:00 A.M. |
| | ) | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

attorneys of record herein, that the status conference hearing in the above-captioned matter now set for

May 27, 2011 **may be continued to June 3, 2011 at 9:00 A.M.**

This continuance is requested by counsel for defendant. It is anticipated that defendant will enter

his plea on the requested hearing date.  Defense counsel is reviewing sentencing issues with defendant and

the parties are finalizing plea preparations.  Further, counsel for the government, Assistant United States

Attorney Yasin Mohammad, is not available for hearing on May 27, 2011, the hearing date now set.  The

requested continuance will serve the ends of justice and result in economic use of time and resources, and

will conserve time and resources for all parties and the court. Assistant United States Attorney Yasin

Mohammad has no objection to this request.

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2  justice, including but not limited to, the need for the period of time set forth herein for further defense

3  preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

4                                          BENJAMIN B. WAGNER
                                           United States Attorney

5

6  DATED:  May 25, 2011              /s/ Yasin Mohammad
                                     YASIN MOHAMMAD

7                                    Assistant United States Attorney
                                     Attorney for Plaintiff

8

9                                    DANIEL J. BRODERICK
                                     Federal Defender

10

11  DATED:  May 25, 2011             /s/ Melody M. Walcott
                                     MELODY M. WALCOTT

12                                   Assistant Federal Defender
                                     Attorney for Defendant

13                                   SERGIO VICTOR GARCIA

14
                             **O R D E R**
15
       Time is excluded in the interests of justice pursuant to 18 U.S.C.
16
   § 3161(h)(7)(A) and (B).
17

18
   IT IS SO ORDERED.
19
   **Dated:    May 25, 2011**              **/s/ Lawrence J. O'Neill**
20                                    UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                    −2−