BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-CR-00047-LJO |
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) | |
| SERGIO VICTOR GARCIA, | ) | |
| Defendant. | ) | |

Based upon the guilty plea entered by defendant Sergio Victor Garcia, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Sergio Victor Garcia's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. any and all ammunition involved or used in the commission of the offense.

2. The above-listed property constitutes firearms and ammunition involved in or used in a knowing violation of 18 U.S.C. § 922(g)(1).

///

1        3.   Pursuant to Rule 32.2(b), the Attorney General (or a
2   designee) shall be authorized to seize the above-listed property.
3   The aforementioned property shall be seized and held by the U.S.
4   Marshals Service in their secure custody and control.
5        4.   a.   Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C.
6   § 853(n), and Local Rule 171, the United States shall publish notice
7   of the order of forfeiture.  Notice of this Order and notice of the
8   Attorney General's (or a designee's) intent to dispose of the
9   property in such manner as the Attorney General may direct shall be
10  posted for at least 30 consecutive days on the official internet
11  government forfeiture site www.forfeiture.gov.  The United States may
12  also, to the extent practicable, provide direct written notice to any
13  person known to have alleged an interest in the property that is the
14  subject of the order of forfeiture as a substitute for published
15  notice as to those persons so notified.
16            b.   This notice shall state that any person, other than
17  the defendant, asserting a legal interest in the above-listed
18  property, must file a petition with the Court within sixty (60) days
19  from the first day of publication of the Notice of Forfeiture posted
20  on the official government forfeiture site, or within thirty (30)
21  days from receipt of direct written notice, whichever is earlier.
22       5.   If a petition is timely filed, upon adjudication of all
23  third-party interests, if any, this Court will enter a Final Order of
24  Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c),
25  in which all interests will be addressed.
26  IT IS SO ORDERED.
27  **Dated:   June 14, 2011**             **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE
28