1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  SERGIO VICTOR GARCIA

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:11-cr-00047 LJO
                                       )
12          *Plaintiff,*               )   STIPULATION TO CONTINUE SENTENCING
                                       )   HEARING ; ORDER
13      v.                             )
                                       )
14  SERGIO VICTOR GARCIA,              )   Date:  September 23, 2011
                                       )   Time:  9:00 A.M.
15                                     )   Judge: Hon. Lawrence J. O'Neill
            *Defendant.*               )
16  _____  )

17

18         **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19  attorneys of record herein, that the sentencing hearing in the above-captioned matter now set for

20  September 2, 2011 **may be continued to September 23, 2011 at 9:00 A.M.**

21         This continuance is requested by counsel for defendant. The recent case decided by the Ninth

22  Circuit Court of Appeals on August 11, 2011, *U.S.A. v. Aguila-Montes*, may impact the prior conviction

23  decision in this matter. Counsel needs additional time to file a supplemental sentencing memorandum on

24  defendant's behalf and the government will, no doubt, need time to respond.  The requested continuance

25  will serve the ends of justice and result in economic use of time and resources, and will conserve time and

26  resources for all parties and the court. Assistant United States Attorney Yasin Mohammad has no

27  objection to this request.

28  ///

1    Because this is a sentencing hearing, no exclusion of time waiver is need for the period of time set

2    forth herein

3                                                    Respectfully submitted,

4                                                    BENJAMIN B. WAGNER
                                                     United States Attorney
5

6    DATED:  August 31, 2011              /s/ Yasin Mohammad
                                                     YASIN MOHAMMAD
7                                                    Assistant United States Attorney
                                                     Attorney for Plaintiff
8

9                                                    DANIEL J. BRODERICK
                                                     Federal Defender
10

11   DATED:  August 31 2011               /s/ Melody M. Walcott
                                                     MELODY M. WALCOTT
12                                                   Assistant Federal Defender
                                                     Attorney for Defendant
13                                                   SERGIO VICTOR GARCIA

14
                                         **O R D E R**
15

     Good cause exists.  The request is granted.
16

     IT IS SO ORDERED.
17

18   **Dated:    August 31, 2011**          /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Sentencing
Hearing; [Proposed] Order                    −2−